## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Eduardo Coronado Valladares and Glenda Nury Valladares | **Case No :** | 09-19526 - B - 13 |
| | | **Date :** | 5/4/11 |
| | | **Time :** | 01:00 |

**Matter :** [80] - Motion/Application to Dismiss Case for Unreasonable Delay That is Prejudicial to Creditors [MHM-2] Filed by Trustee Michael H. Meyer (crof)
[80] - Motion/Application to Dismiss Case for Failure to Make Plan Payments [MHM-2] Filed by Trustee Michael H. Meyer (crof)

**Judge :** W. Richard Lee
**Courtroom Deputy :** Jennifer Dauer
**Reporter :** Karen Griswold
**Department :** B

**APPEARANCES for :**
**Movant(s) :**
    Trustee's Attorney - Deanna Hazelton
**Respondent(s) :**
(by phone)    Debtor(s) Attorney - G. Thomas Martin III

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted.

IT IS FURTHER ORDERED that the case is dismissed.

Dated: May 04, 2011

W. Richard Lee
United States Bankruptcy Judge